

# NUMBER 13-24-00289-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**ROBERTO TLALOLINI,**                                          **Appellant,**

**v.**

**REMAX ELITE,**                                                **Appellee.**

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 6
## OF HIDALGO COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Silva**
**Memorandum Opinion by Justice Benavides**

On May 30, 2024, appellant filed a notice of appeal attempting to appeal a judgment or order entered in trial court cause number CL-20-4549-F. On June 28, 2024, the Clerk of the Court notified appellant that it appears there is no final, appealable order. Appellant was further notified that if the defect was not cured within ten days, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3(b), (c).

Appellant has not cured the defective notice of appeal, nor otherwise responded to the notice from the Clerk requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 42.3(b), (c).

GINA M. BENAVIDES
Justice

Delivered and filed on the
8th day of August, 2024.